### In re: EMPIRE OF CAROLINA, INC. and Empire Industries, Inc., Debtors.

### Alpha International, Inc., Plaintiff–Appellee,

### v.

### Toys "R" Us, Inc., Moose Mountain Toymakers, Limited, Moose Mountain Marketing, Inc., Defendants–Appellants.

Nos. 04–16476, 04–16477, 04–16478.

D.C. Docket Nos. 04–80230–CV–KLR, 04–80633–CV–KLR, 03–80960–CV–KLR & 00–35179–BKC–PG.

United States Court of Appeals, Eleventh Circuit.

July 28, 2005.

Drew Michael Dillworth, Miami, FL, for Moose Mountain Marketing, Inc., and Toys "R" US, Inc.

Ned R. Nashban, Daniel Benjamin Rosenthal, Quarles & Brady LLP, Boca Raton, FL, Benjamin R. Norris, Quarles & Brady Streich Lang LLP, Phoenix, AZ, for Alpha International, Inc.

Before BLACK, PRYOR and COX, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Toys "R" Us, Inc., Moose Mountain Toymakers, Ltd., and Moose Mountain Marketing, Inc. ("Moose Mountain") appeal the order of the district court affirming the judgment of the bankruptcy court in three related appeals (that we have consolidated) on the ground that the bankruptcy court erred in dismissing their counterclaim and cross-claim for lack of standing to challenge the terms of the Asset Purchase Agreement. Because we agree with the district court that Moose Mountain lacked standing to challenge the terms of the Asset Purchase Agreement in the adversary proceeding before the bankruptcy court, *see In Re Westwood Cmty. Two Ass'n*, 293 F.3d 1332, 1334–35 (11th Cir. 2002), the order affirming the judgment of the bankruptcy court is,

AFFIRMED.